UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| LOWELL LUNDSTROM, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL M. HOMOLKA P.A., DANIEL M. HOMOLKA, WATTS GUERRA LLP, AND MIKAL C. WATTS, <br><br> Defendants. | 1:19-CV-01006-CBK <br><br> SPECIAL VERDICT |

We, the jury, duly impaneled in the above-entitled action, and sworn to try the issues therein, make the following findings:

**QUESTION NO. 1**: Did Daniel M. Homolka breach the contract he made with Lowell Lundstrom, Jr.?

    __X__ Yes

    _____ No

**QUESTION NO. 2**: Did Daniel M. Homolka fraudulently induce Lowell Lundstrom, Jr. to perform work regarding the Syngenta litigation?

    _____ Yes

    __X__ No

If your answer to Question No. 2 was "No," you should proceed to Question No. 3.

If your answer to Question No. 2 was "Yes," you should skip Question No. 3 and proceed to Question No. 4.

**QUESTION NO. 3:** Was Daniel M. Homolka unjustly enriched by Lowell Lundstrom, Jr.'s work regarding the Syngenta litigation?

_____ Yes

_____ No    N/A per instruction #1 para #2    Instruction #3 para #3

If your answer to Question Nos. 1, 2 and 3 is "No," you should proceed to the end of this form and sign it.

If your answer to Question No. 1, 2 or 3 is "Yes," you should proceed to Question No. 4.

**QUESTION NO. 4:** If your answer to Questions Nos. 1, 2 or 3 is "Yes," what damages will compensate Lowell Lundstrom, Jr.?

$ $125,000.00
(Amount of Damages)

**QUESTION NO. 5:** If you have awarded damages, do you find that Lowell Lundstrom, Jr. is entitled to prejudgment interest?

_____ Yes
__X__ No

If your answer is "Yes," what amount of damages are subject to prejudgment interest?

$ _____
(Amount of Damages)

If your answer is "Yes," from what date should prejudgment interest be calculated?

_____
Date of Loss

**QUESTION NO. 6.** Was Daniel M. Homolka acting as an agent for Daniel M. Homolka, P.A.?

__X__ Yes
_____ No

**QUESTION NO. 7:** Was Daniel M. Homolka acting as an agent for Mikal C. Watts?

_____ Yes
__X__ No

**QUESTION NO. 8**: Was Daniel M. Homolka acting as an agent for Watts Guerra LLP?

    __X__ Yes

    _____ No

**QUESTION NO. 9**: Was Mikal C. Watts acting as a partner for Watts Guerra LLP?

    __X__ Yes

    _____ No

**QUESTION NO. 10**: Were Mikal C. Watts and Watts Guerra LLP and Daniel M. Homolka and Daniel M. Homolka, P.A. engaged in a joint venture?

    _____ Yes

    __X__ No

Dated this __12__ day of November, 2021.

_____
Foreperson