UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| LOWELL LUNDSTROM, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL M. HOMOLKA P.A., DANIEL M. HOMOLKA, WATTS GUERRA LLP, AND MIKAL C. WATTS, <br><br> Defendants. | 1:19-CV-01006-CBK <br><br> **JUDGMENT** |

The issues have been tried by a jury and the jury rendered its verdict on November 12, 2021.

Now, therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiff Lowell Lundstrom, Jr. and against defendants Daniel M. Homolka, P.A., Daniel M. Homolka, and Watts Guerra LLP, jointly and severally, in the amount of $175,000.00.

DATED this 24th day of November, 2021.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge