UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

FILED
DEC 01 2021

| | |
|---|---|
| LOWELL LUNDSTROM, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL M. HOMOLKA P.A., DANIEL M. HOMOLKA, WATTS GUERRA LLP, AND MIKAL C. WATTS, <br><br> Defendants. | 1:19-CV-01006-CBK <br><br> **AMENDED JUDGMENT** |

The issues have been tried by a jury and the jury rendered its verdict on November 12, 2021.

Now, therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiff Lowell Lundstrom, Jr. and against defendants Daniel M. Homolka, P.A. and Watts Guerra LLP jointly and severally, in the amount of $175,000.00.

DATED this 1st day of December, 2021.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge